Z, from Jerome Avenue to the Bulkhead Line, 31st Ward, in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Three.) — Order confirming original and supplemental reports of the referee, overruling objections and denying motion to reject the reports, and order, on reargument, denying motion to reject said reports and adhering to the original decision of September 30, 1936, unanimously affirmed, without costs. Appeal from order denying motion for a second reargument and for a stay dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcel 11, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to a Pumping Station, Bounded by Avenue Z, Knapp Street, Voorhies Avenue, and Bragg Street, in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Four.)— Order confirming original and supplemental reports of the referee, overruling objections and denying motion to reject the reports, and order, on reargument, denying motion to reject said reports and adhering to the original decision of September 30, 1936, unanimously affirmed, without costs. Appeal from order denying motion for a second reargument and for a stay dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of HARRY P. FRANZE and EMIL O. BRANDES to Render and Settle Their Account as Executors, etc., of ANGELO V. FRANZE, Deceased. HARRY P. FRANZE and EMIL O. BRANDES, as Executors, etc., of ANGELO V. FRANZE, Deceased, Appellants; LILLIAN FRANZE, MAY McGRAIL, ADELAIDE WELLS, JOHN F. FRANZE, HELEN FRANZE, ETHEL FRANZE, HOWARD FRANZE, CHESTER McGRAIL, HARRY McGRAIL, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as it adjudges that the residuary estate be divided into five separate trusts for the benefit of the respective beneficiaries, with income paid to them, and that upon the death of the said beneficiaries the corpus shall go to the issue of the *cestui per stirpes*, reversed on the law, with costs to appellants, payable out of the estate, and the matter remitted to the Surrogate's Court to enter a decree which shall provide that by paragraph fourth of the will the gifts of income to the children named were absolute and carried with them the corpus of the estate; subject, however, to the use of the shop and garage by the son, Harry P. Franze, during his pleasure. The clause relating to the contingency of the decease of any of the testator's children is to be construed as relating to such children as shall predecease the testator, in accordance with the general rule, in the absence of language in the will evincing a contrary intent. The direction to divide the entire income of the residuary estate among the five named children, there being no disposition of the corpus, is to be construed as a devise or bequest of the property itself. (*Hatch* v. *Bassett*, 52 N. Y. 359, 362; *Tabernacle Church* v. *Fifth Ave. Church*, 60 App. Div. 327, 335; *Vanderzee* v. *Slingerland*, 103 N. Y. 47, 53; *Locke* v. *F. L. & T. Co.*, 140 id. 135, 146; *Mott* v. *Richtmyer*, 57 id. 49; *Paterson* v. *Ellis*, 11 Wend. 259, 298.) Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.